# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0574. RODERICK GREEN, JR. v. ART AND EMERALD, LLC.

In this breach of contract action, defendant Roderick Green, Jr., filed a motion to dismiss for lack of personal jurisdiction and a motion to open default under OCGA § 9-11-55(b), and plaintiff Art and Emerald, LLC, filed a motion for default judgment. On May 18, 2026, the trial court issued an order denying Green's motions, granting Art & Emerald's motion, and entering default judgment in Art & Emerald's favor in the amount of $125,180.35. On June 3, 2026, Green filed this application for discretionary review.

It appears that no provision of the discretionary appeal statute applies and that the trial court's order is final and directly appealable. See OCGA §§ 5-6-34(a)(1)(B) & 5-6-35(a); *Smithson v. Harry Norman, Inc.*, 192 Ga. App. 796, 796(1) (386 SE2d 546) (1989). This Court will grant a timely discretionary application if the lower court's order is directly appealable. See OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. Green shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. See OCGA § 5-6-35(g).

The trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/08/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*